JOHN L. SOILEAU, ET AL.        *        NO. 2021-CA-0022

VERSUS                         *        COURT OF APPEAL

CHURCHILL DOWNS                *        FOURTH CIRCUIT
LOUISIANA HORSERACING
COMPANY, L.L.C.,.              *        STATE OF LOUISIANA
CHURCHILL DOWNS
LOUISIANA VIDEO POKER          *
COMPANY, L.L.C., ET AL.
                               *
                        * * * * * * *

CONSOLIDATED WITH:                     CONSOLIDATED WITH:

JOHN L. SOILEAU, ET AL.                NO. 2021-CA-0049

VERSUS

CHURCHILL DOWNS
LOUISIANA HORSERACING
COMPANY, L.L.C., CHURCHILL
DOWNS LOUISIANA VIDEO
POKER COMPANY, L.L.C., ET
AL.

CONSOLIDATED WITH:                     CONSOLIDATED WITH:

JOHN SOILEAU, ET AL.                   NO. 2021-CA-0199

VERSUS

CHURCHILL DOWNS
LOUISIANA HORSERACING
COMPANY, L.L.C., CHURCHILL
DOWNS LOUISIANA VIDEO
POKER COMPANY, L.L.C., ET
AL.


LEDET, J., CONCURS


I respectfully concur in the result.